PROB 12C
(6/16)

Report Date: November 10, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Ray Prigan                     Case Number: 0980 2:18CR00123-MKD-1

Address of Offender: ███████████████ Sprague, Washington 99032

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: November 21, 2018
Date of Resentence: January 11, 2022

| | |
|---|---|
| Original Offense: | Ct 1: Felon and Unlawful User of Controlled Substances in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1), (3), 924(a)(2);<br>Ct 2: Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d), 5871 |
| Original Sentence: | Prison - 64 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Resentence:<br>(01/11/2022) | Prison - 46 months;<br>TSR - 36 months |
| Asst. U.S. Attorney: | Timothy John Ohms |
| | Date Supervision Commenced: May 16, 2022 |
| Defense Attorney: | Colin G. Prince |
| | Date Supervision Expires: May 15, 2025 |

## PETITIONING THE COURT

To issue a warrant.

On May 16, 2022, the conditions of supervision were reviewed with Mr. Prigan. He signed his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more six 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Prigan is alleged to have violated the terms of his supervised release by using a controlled substance, fentanyl, on or about October 28, 2022. |

Prob12C
Re: Prigan, Steven Ray
November 10, 2022
Page 2

On October 28, 2022, Mr. Prigan provided a presumptive positive urinalysis for fentanyl. Mr. Prigan signed a denial from at Pioneer Human Services and called this officer afterward to advise he denied any drug use. On November 7, 2022, this officer received confirmation from Alere Toxicology that Mr. Prigan's sample was positive for fentanyl and norfentanyl (metabolite of fentatnyl).

2   **Special Condition #3:** You must undergo periodic substance abuse evaluations at the direction of your supervision officer and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Prigan is alleged to have violated the terms of his supervised release by failing to adhere to treatment program rules on or about November 7, 2022.

This officer was advised by Mr. Prigan's treatment counselor that he had fallen asleep during group and, therefore, was not credited for the class due to his lack of engagement. Mr. Prigan is not in compliance with his substance abuse treatment program at this time.

3   **Standard Condition #4:** You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: Mr. Prigan is alleged to have violated the terms of his supervised release by failing to be honest with this officer on November 9, 2022.

This officer attempted to conduct a home visit at Mr. Prigan's residence on November 9, 2022. Mr. Prigan indicated he was not available and was in Spokane, submitting to a drug screen. On November 10, 2022, this officer received notification from Pioneer Human Services that Mr. Prigan did not show up for his drug test.

4   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch, as directed by the supervising officer, but no more six 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Prigan is alleged to have violated the terms of his supervised release by failing to submit to urinalysis testing on November 9, 2022.

On November 10, 2022, this officer was advised by staff at Pioneer Human Services that Mr. Prigan was a no-show for his urinalysis testing.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
Re: Prigan, Steven Ray
November 10, 2022
Page 3

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. |
| Executed on: | November 10, 2022 |
|  | s/Emely Cubias |
|  | Emely Cubias<br>U.S. Probation Officer |

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

*Edward F. Shea*

Signature of Judicial Officer

November 10, 2022

Date