PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Prigan, Steven Ray | Docket No. | 0980 2:18CR00123-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Steven Ray Prigan, who was placed under pretrial release supervision by the Honorable Mary K. Dimke sitting in the court at Richland, Washington, on the 9th day of December 2022, under the following conditions:

**Pretrial Condition #2**: If the defendant leaves the treatment facility, or is terminated from treatment, the treatment facility personnel shall immediately notify the United States Probation Officer, who shall in turn immediately notify the Court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Mr. Prigan is alleged to have violated the terms of his release from custody by being terminated from residential treatment on or about January 7, 2023.

On January 7, 2023, this officer received notification from Pioneer Center East that they had terminated Mr. Prigan on allegations he was distributing a controlled substance, suboxone, to other residents at the facility.

PRAYING THAT THE COURT WILL ORDER A WARRANT

---

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 9, 2023

by s/Emely Cubias

Emely Cubias
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

January 9, 2023

Date