PROB 12C
(6/16)

Report Date: November 21, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Ray Prigan          Case Number: 0980 2:18CR00123-MKD-1

Address of Offender: ███████████, Sprague, Washington 99032

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: November 21, 2018

| | | |
|---|---|---|
| Original Offense: | Ct. 1: Felon and Unlawful User of Controlled Substances in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1), (3), 924(a)(2); Ct. 2: Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d), 5871 | |
| Original Sentence: | Prison - 64 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Resentence:<br>(01/11/2022) | Prison - 46 months<br>TSR - 36 months | |
| Revocation Sentence:<br>(02/01/2023) | Prison - 6 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: June 9, 2023 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 8, 2025 |

## PETITIONING THE COURT

To issue a summons.

On June 13, 2023, the conditions of supervision were reviewed with Mr. Prigan. He signed his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more six 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Prigan violated the conditions of his supervised release by using fentanyl on or about October 30, 2023. |
| | On November 3, 2023, Mr. Prigan reported to the U.S. Probation Office and provided a urinalysis that tested presumptive positive for fentanyl. Mr. Prigan admitted to the undersigned, and via a signed statement, that he last used fentanyl on or about October 30, |

Prob12C
**Re: Prigan, Steven Ray**
**November 21, 2023**
**Page 2**

        2023.

2    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more six 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: It is alleged that Mr. Prigan violated the conditions of his supervised release by using fentanyl on or about November 8, 2023.

    On November 9, 2023, Mr. Prigan provided a urinalysis that tested presumptive positive for fentanyl. On November 17, 2023, Mr. Prigan admitted to the undersigned, and via a signed statement, that he used fentanyl on or about November 7, 2023.

3    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more six 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: It is alleged that Mr. Prigan violated the conditions of his supervised release by using fentanyl on or about November 13, 2023.

    On November 17, 2023, Mr. Prigan admitted to the undersigned, and via a signed statement, that he last used fentanyl on or about November 13, 2023.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 21, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS
[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

*M. K. Dimke*

Signature of Judicial Officer

11/21/2023
Date