PROB 12C
(6/16)

Report Date: November 28, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 28, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Ray Prigan                Case Number: 0980 2:18CR00123-MKD-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Sprague, Washington 99032

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: November 21, 2018

| | | |
|---|---|---|
| Original Offense: | Felon and Unlawful User of a Controlled Substances in Possession of Firearms and Ammunition, 18 U.S.C. § 1951(a) | |
| Original Sentence: | Prison - 64 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Resentence:<br>(01/11/2022) | Prison - 46 months<br>TSR - 36 months | |
| Revocation Sentence:<br>(02/01/2023) | Prison - 6 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: June 9, 2023 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 8, 2025 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/22/2023.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #7**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.<br><br>**Supporting Evidence**: It is alleged that Mr. Prigan violated the conditions of his supervised release by failing to participate in an inpatient treatment program as recommended on or about November 24, 2023. |

Prob12C
**Re: Prigan, Steven Ray**
**November 28, 2023**
**Page 2**

On November 20, 2023, Mr. Prigan participated in an updated substance abuse assessment which noted that he met criteria to enter into substance abuse inpatient treatment, as he had relapsed on fentanyl on multiple occasions. On November 22, 2023, Mr. Prigan entered into substance abuse inpatient treatment at Sun Ray Court. On November 24, 2023, the undersigned was notified by the subject's mother that he was discharging himself from Sun Ray Court. On November 27, 2023, Mr. Prigan confirmed he discharged himself from Sun Ray Court before successfully completing the program. The undersigned has attempted to obtain discharge paperwork from Sun Ray Court, without success, as of this writing.

5    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

6    **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours or becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Mr. Prigan violated the conditions of his supervised release by failing to report a change of address, on or about November 25, 2023, and by failing to report to the U.S. Probation Office as instructed.

On November 25, 2023, the undersigned received a voicemail from Mr. Prigan's mother indicating that he is no longer allowed to reside at her residence effective immediately. On November 27, 2023, Mr. Prigan's mother confirmed to the undersigned that Mr. Prigan is no longer residing at her residence and it was her understanding he was residing somewhere in his vehicle. On November 27, 2023, at 9:20 a.m., the undersigned sent Mr. Prigan a text message directing him to report at 11:30 a.m., to the U.S. Probation Office. Mr. Prigan subsequently responded indicating he wanted to attend an inpatient treatment facility in California and that he would be able to report to the probation office by 1 p.m. At 12:36 p.m., Mr. Prigan sent a text message indicating he was having issues with his vehicle and that he would attempt to make it to the probation office within an hour.

Mr. Prigan ultimately failed to report to the probation office on November 27, 2023, as instructed, and attempts to contact him thereafter have been without success. On November 28, 2023, the undersigned spoke with Mr. Prigan's mother and she again confirmed that he is not residing at her residence and that she is uncertain of his specific whereabouts. Mr. Prigan's current living arrangements are unknown and he appears to be evading supervision.

Prob12C
**Re: Prigan, Steven Ray**
**November 28, 2023**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 28, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*m. k. Dimke*

Signature of Judicial Officer

11/28/2023

Date