PROB 12C
(6/16)

Report Date: May 9, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 10, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Ray Prigan  Case Number: 0980 2:18CR00123-JAG-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable James A. Goeke, U.S. Magistrate Judge

Date of Original Sentence: November 21, 2018

| | |
|---|---|
| Original Offense: | Ct. 1: Felon and Unlawful User of Controlled Substances in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1), (3), 924(a)(2);<br>Ct. 2: Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d), 5871 |
| Original Sentence: | Prison - 64 months;<br>TSR - 36 months       Type of Supervision: Supervised Release |
| Resentence:<br>(01/11/2022) | Prison - 46 months<br>TSR - 36 months |
| Revocation Sentence:<br>(02/01/2023) | Prison - 6 months<br>TSR - 30 months |
| Asst. U.S. Attorney: | Daniel Fruchter       Date Supervision Commenced: June 9, 2023 |
| Defense Attorney: | Andrea George       Date Supervision Expires: December 8, 2025 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/21/2023 and 11/28/2023.

On June 13, 2023, a supervision intake was completed with Steven Prigan. His conditions of supervision were reviewed with him. He signed a copy of his judgment acknowledging an understanding of the conditions imposed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours or becoming aware of a change or expected change. |

Prob12C
**Re: Prigan, Steven Ray**
May 9, 2024
Page 2

    **Supporting Evidence**: It is alleged that Mr. Prigan violated the terms of his supervised release by failing to report a change of address, on or about May 4, 2024, or since.

    Mr. Prigan's last known approved address was at a clean and sober residence through Pura Vida. On May 9, 2024, a representative with Pura Vida advised that on May 4, 2024, other house mates expressed concerns that Mr. Prigan was smoking fentanyl in his bedroom. Pura Vida staff asked Mr. Prigan to provide a urinalysis. They discovered he had a bottle of a substance that appeared to be urine on his person. As a result, he was terminated from Pura Vida housing.

    Mr. Prigan has not reported a current address.

8    **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

    **Supporting Evidence**: It is alleged that Steven Prigan violated the terms of his supervised release by failing to attend substance abuse treatment, on or about May 8, 2024.

    Mr. Prigan is enrolled in intensive outpatient substance abuse treatment services with Pioneer Human Services (PHS). He is expected to attend groups sessions 3 days per week on Mondays, Wednesdays and Thursdays.

    On May 8, 2024, PHS staff reported that Mr. Prigan failed to attend his scheduled group session that day.

9    **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence** : It is alleged that Steven Prigan violated the terms of his supervised release by failing to appear for a random urinalysis, on or about May 8, 2024, or since.

    Mr. Prigan is enrolled in random urinalysis testing at Pioneer Human Services (PHS). He is expected to call the testing line daily to determine if he is required to appear for testing that same day.

    On May 8, 2024, he failed to appear for a random urinalysis at PHS.

    On May 2, 2024, a sweat patch was applied to Mr. Prigan, he was directed to report back on May 9, 2024, to have the sweat patch removed for testing. Mr. Prigan failed to report on May 9, 2024, therefore, failing to submit to testing.

Prob12C  
**Re: Prigan, Steven Ray**  
May 9, 2024  
Page 3

| | | |
|---|---|---|
| | 10 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence** : It is alleged that Steven Prigan violated the terms of his supervised release by failing to report to the probation office as directed, on or about May 9, 2024.

On May 2, 2024, during an office visit at the probation office, Mr. Prigan was directed to report to the probation office again on May 9, 2024, at 4 p.m.

On May 9, 2024, the undersigned left Mr. Prigan a voice message and sent a text message directing him to report no later than 11 a.m. versus the previously imposed directive of 4 p.m.

Mr. Prigan failed to report on May 9, 2024. His whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/10/2024

s/Melissa Hanson

Melissa Hanson  
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action  
[X]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]  Defendant to appear before the Judge assigned to the case.  
[X]  Defendant to appear before the Magistrate Judge.  
[ ]  Other

Signature of Judicial Officer

5/10/24

Date