PROB 12C
(6/16)

Report Date: November 26, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2025

SEAN F. McAVOY, CLERK

ECF No. 196

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Ray Prigan    Case Number: 0980 2:18CR00123-JAG-1

Address of Offender: ███████████████  Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable James A. Goeke, U.S. Magistrate Judge

Date of Original Sentence: November 21, 2018

| | | |
|---|---|---|
| Original Offense: | Ct. 1: Felon and Unlawful User of Controlled Substances in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1), (3), 924(a)(2) <br> Ct. 2: Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d), 5871 | |
| Original Sentence: | Prison - 64 months <br> TSR - 36 months | Type of Supervision: Supervised Release |
| Resentence: (01/11/2022) | Prison - 46 months <br> TSR - 36 months | |
| Revocation Sentence: (02/01/2023) | Prison - 6 months <br> TSR - 30 months | |
| Asst. U.S. Attorney: | Joseph P. Derrig | Date Supervision Commenced: June 9, 2023 |
| Defense Attorney: | Andrea George | Date Supervision Expires: December 8, 2025 |

### PETITIONING THE COURT

To issue a summons and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/21/2023 and 11/28/2023.

On June 13, 2023, a supervision intake was completed with Steven Prigan. His conditions of supervision were reviewed with him. He signed a copy of his judgment acknowledging an understanding of the conditions imposed.

On May 9, 2024, a petition and violation report were submitted to the Court, alleging violations 7 through 10. These violations were addressed through the Sobriety Treatment and Education Program (STEP).

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Prigan, Steven Ray**
**November 26, 2025**
**Page 2**

**Supporting Evidence**: Steven Prigan allegedly violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about November 13, 2025.

On November 13, 2025, Mr. Prigan submitted to urinalysis testing at Pioneer Human Services, and the urine sample tested presumptive positive for methamphetamine. Mr. Prigan denied use of illicit substances and the sample was sent to the laboratory for additional testing. The laboratory report has since been received, confirming a positive presence for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to issue a summons and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/26/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[X] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

11/26/2025

Date