PROB 12C
(6/16)

Report Date: December 4, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2025

SEAN F. McAVOY, CLERK

ECF No. 200

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Ray Prigan                               Case Number: 0980 2:18CR00123-JAG-1

Address of Offender: ▮▮▮▮▮▮▮▮▮  Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable James A. Goeke, U.S. Magistrate Judge

Date of Original Sentence: November 21, 2018

| | |
|---|---|
| Original Offense: | Ct. 1: Felon and Unlawful User of Controlled Substances in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1), (3), 924(a)(2)<br>Ct. 2: Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d), 5871 |
| Original Sentence: | Prison - 64 months;<br>TSR - 36 months    Type of Supervision: Supervised Release |
| Resentence:<br>(01/11/2022) | Prison - 46 months<br>TSR - 36 months |
| Revocation Sentence:<br>(02/01/2023) | Prison - 6 months<br>TSR - 30 months |
| Asst. U.S. Attorney: | Joseph P. Derrig    Date Supervision Commenced: June 9, 2023 |
| Defense Attorney: | Andrea George    Date Supervision Expires: December 8, 2050 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition and **issue a warrant** in future proceedings with the violations previously reported to the Court on 11/21/2023, 11/28/2023 and 11/26/2025.

On June 13, 2023, a supervision intake was completed with Steven Prigan. His conditions of supervision were reviewed with him. He signed a copy of his judgment acknowledging an understanding of the conditions imposed.

On May 9, 2024, a petition and violation report were submitted to the Court, alleging violations 7 through 10. These violations were addressed through the Sobriety Treatment and Education Program (STEP).

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but |

Prob12C
**Re: Prigan, Steven Ray**
**December 4, 2025**
Page 2

no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Steven Prigan allegedly violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about December 2, 2025.

On December 2, 2025, Mr. Prigan reported to the probation office and submitted a urinalysis. The urine sample tested presumptive positive for methamphetamine. Mr. Prigan then admitted to using methamphetamine on December 2, 2025, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/04/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

December 4, 2025
Date