ECF No 207

PROB 12C
(6/16)

Report Date:  December 5, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Ray Prigan          Case Number: 0980 2:18CR00123-MKD-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮  Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: November 21, 2018

| | | |
|---|---|---|
| Original Offense: | Felon and Unlawful User of a Controlled Substances in Possession of Firearms and Ammunition, 18 U.S.C. § 1951(a) | |
| Original Sentence: | Prison - 64 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Resentence: (01/11/2022) | Prison - 46 months TSR - 36 months | |
| Revocation Sentence: (02/01/2023) | Prison - 6 months TSR - 30 months | |
| Asst. U.S. Attorney: | Joseph P. Derrig | Date Supervision Commenced: June 9, 2023 |
| Defense Attorney: | Andrea George | Date Supervision Expires: December 8, 2050 |

## PETITIONING THE COURT

To  incorporate the violations contained in this petition and in future proceedings with the violations previously reported to the Court on 11/21/2023, 11/28/2023, 11/26/2025 and 12/4/2025.

On June 13, 2023, a supervision intake was completed with Steven Prigan.  His conditions of supervision were reviewed with him.  He signed a copy of his judgment acknowledging an understanding of the conditions imposed.

On May 9, 2024, a petition and violation report were submitted to the Court, alleging violations 7 through 10. These violations were addressed through the Sobriety Treatment and Education Program (STEP).

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

Prob12C

**Re: Prigan, Steven Ray**
**December 5, 2025**
**Page 2**

        **Supporting Evidence**: It is alleged that Steven Prigan violated the terms of his supervised release by leaving the Eastern District of Washington without prior approval, on or about November 23, 2025.

        On December 4, 2025, a police report from the Lynnwood Police Department was received. The report noted that on November 23, 2025, Lynnwood police were dispatched to a verbal domestic call at an address in Lynnwood, Washington, where Steven Prigan and his girlfriend were located in a vehicle. Police officers contacted both Steven Prigan and his girlfriend. No arrests were made and no charges were filed, however, Mr. Prigan did not have permission to be in the Western District of Washington.

14        **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

        **Supporting Evidence**:  It is alleged that Steven Prigan violated the terms of his supervised release by failing to report law enforcement contact, on or about November 23, 2025, or since.

        On December 4, 2025, a police report from the Lynnwood Police Department was received. The report noted that on November 23, 2025, Lynnwood police were dispatched to a verbal domestic call at an address in Lynnwood, Washington, where Steven Prigan and his girlfriend were located in a vehicle. Police officers contacted both Steven Prigan and his girlfriend. No arrests were made and no charges were filed, however, Mr. Prigan has not reported this law enforcement contact.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on:      12/05/2025

                        s/Melissa Hanson

                        Melissa Hanson
                        U.S. Probation Officer

**Prob12C**
**Re: Prigan, Steven Ray**
**December 5, 2025**
**Page 3**


THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

12/5/2025
_____
Date