PROB 12C
(6/16)

Report Date:  May 28, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2026

SEAN F. McAVOY, CLERK

ECF No. 233

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Ray Prigan            Case Number: 0980 2:18CR00123-MKD-1

Address of Offender: ███████████  Sprague, Washington 99032

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: November 21, 2018

| | | |
|---|---|---|
| Original Offense: | Count 1: Felon and Unlawful User of a Controlled Substances in Felon and Unlawful, 18 U.S.C. §§ 922(g)(1), (3), 924(a)(2)<br>Count 2: Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d), and 5871 | |
| Original Sentence: | Prison - 64 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Resentence:<br>(January 11, 2022) | Prison - 46 months;<br>TSR - 36 months | |
| Revocation Sentence:<br>(February 1, 2023) | Prison - 6 months;<br>TSR - 30 months | |
| Revocation Sentence:<br>(February 6, 2026) | Prison - 6 months;<br>TSR - 12 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: March 15, 2026 |
| Defense Attorney: | Adrien Lindsay Fox | Date Supervision Expires: March 14, 2027 |

### PETITIONING THE COURT

To issue a warrant.

On March 16, 2026, a supervision intake was completed with Mr. Prigan. His conditions of supervision were reviewed with him. He signed a copy of his judgement acknowledging an understanding of the conditions imposed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged that Mr. Prigan violated the conditions of his supervised release by consuming fentanyl on or about May 9, 2026.

Prob12C

**Re: Prigan, Steven Ray**
**May 28, 2026**
**Page 2**

On May 13, 2026, Mr. Prigan reported to the U.S. Probation Office as directed. At this time, Mr. Prigan provided a urine specimen which presumptively tested positive for fentanyl. When confronted with the urinalysis results, Mr. Prigan stated that his relapse was an attempt to cope with the symptoms of depression he was reportedly struggling with. Mr. Prigan admitted to the undersigned via a written document that he consumed fentanyl on or about May 9, 2026.

2          **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: On May 19, 2026, the U.S. Probation Office received notice from Granite Falls Police Department, that on May 16, 2026, Granite Falls police were dispatched to a verbal domestic call at an address in Lynwood, Washington, where Mr. Prigan and his ex-partner were allegedly involved in a verbal dispute. According to dispatch, Mr. Prigan fled the residence before law enforcement arrived. Mr. Prigan did not have permission to be in the Western District of Washington at this time.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | May 28, 2026 |
| | s/Derrick Findley |
| | Derrick Findley
U.S. Probation Officer |

THE COURT ORDERS

[ ]     No Action
[X]    The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.

M. K. Dimke

Signature of Judicial Officer

5/28/2026

Date